**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | | |
|---|---|---|
| **MOMENTUM MARKETING SALES** | § | |
| **& SERVICE, INC., et al.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil No. W-10-CA-309** |
| | § | |
| **CURVES INTERNATIONAL, INC.** | § | |
| **Defendant.** | § | |

**O R D E R**

On this date the Court, *sua sponte,* considers this case. The Court stayed this case on November 15m 2010 and ordered the bankruptcy trustee to give notice to the Court within sixty (60) days whether the trustee desired to proceed with the debtor's action against Defendant Curves or dismiss the action.  The bankruptcy trustee did not respond to the Court's Order.  Accordingly, it is

**ORDERED** that this case is **DISMISSED** without prejudice.

**SIGNED** on this 20th day of January, 2011.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE